# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Marion Louise Barringer     Docket No. 5:06-CR-231-1BO/5:08-CR-10-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marion Louise Barringer, who, upon an earlier plea of guilty to four counts of Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2008, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall pay a special assessment of $400.00.

3. The defendant shall pay restitution in the amount of $8,108.00.

Marion Louise Barringer was released from custody on September 26, 2011, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Following her release from custody on September 26, 2011, the defendant reported to the probation office in the District of Massachusetts. The District of Massachusetts has agreed to accept the defendant's cases for supervision since the defendant has no ties to the Eastern District of North Carolina. However, in order to do so, the probation office has requested that two additional conditions be added to the conditions of supervision. It is recommended the defendant's supervision be modified to include having the defendant make contributions towards any evaluation, testing, treatment and/or monitoring services rendered in an amount determined by the probation officer based upon the defendant's ability to pay and the availability of any third party payments. Additionally, it is recommended a search condition be included as a condition of the defendant's supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Marion Louise Barringer
Docket No. 5:06-CR-231-1BO/5:08-CR-10-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall contribute to the cost of any evaluation, testing, treatment, and/or monitoring services rendered in an amount to be determined by the probation officer based on your ability to pay and the availability of third party payments.

2. You shall submit your person, and any property, house residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any seized items may be removed to the Probation Office or to the office of their designee for a more thorough examination.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Superivsing U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Ave., Room 610 |
| | Raleigh, NC 27601 |
| | Phone: 919-861-0227 |
| | Executed On: October 11, 2011 |

## ORDER OF COURT

Considered and ordered this _11_ day of _October_, 2011, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge